**Christopher A. ODOM, Plaintiff—
Appellant,**

v.

**Stephen RYAN; Judge Arthur
McFarland, Defendants—
Appellees.**

**No. 10–1266.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 29, 2010.

Christopher A. Odom, Appellant Pro Se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Odom v. Ryan*, No. 3:09–cv–03271–PMD, 2010 WL 427741 (D.S.C. Feb. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*